_(Supreme Court of Illinois. Grand Central Division.)_

### Addison C. Taylor, et al.

vs.

### Commissioners of Highways, etc.

(January Term, 1878.)

APPEAL. Motion to dismiss for want of sufficient bond denied and amendment permitted.

SCOTT, J.:—

There was a motion on the part of the appellee to dismiss the appeal for want of a sufficient bond. Part of the appel-

lants not being parties to the same and also a cross motion on the part of the appellants for leave to amend said bond, for the purpose of adding the parties, the motion to dismiss would be denied and the cross motion allowed, with an extension of time to the 9th inst., within which to make the proposed amendment.

### NOTE.

See same case 88 Ill. 526.—Ed.